Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California  95113
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@gmail.com

Attorney for Defendant
LEONARDO SILGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>LEONARDO SILGA,<br><br>    Defendant. | Case Numbers:<br><br>CR-11-549, 550, 551,708-EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING |

The parties, including the defendant, hereby stipulate, subject to Court approval, that the sentencing date currently set for June 18, 2012 at 1:30 p.m. be vacated, and the Court set a new sentencing date of September 10, 2012 at 1:30 p.m.

1. The parties, Leonardo Silga and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing date currently set for June 18, 2012 at 1:30 p.m. be vacated, and the Court set a new sentencing date of September 10, 2012 at 1:30 p.m.

2. The parties are requesting the continuance of the hearing date in order to

1  afford more time to US Probation to complete the PSR.

2

3  IT IS SO STIPULATED.

4                                                                    JOSEPH P. RUSSONIELLO
                                                                    United States Attorney
5

6  Dated: June 14, 2012                                                  /S/
                                                                    _____
7                                                                    THOMAS M. O'CONNELL
                                                                    Assistant United States Attorney
8
   Dated: June 14, 2012                                                  /S/
                                                                    _____
9                                                                    WM. MICHAEL WHELAN, JR.
                                                                    Attorney for Defendant Silga
10

11

12                                          **ORDER**

13      Good cause appearing, and by stipulation of the parties in the above-captioned

14  matter, it is hereby ordered that the sentencing hearing shall be continued from June 18,

15  2012 to September 10, 2012 in order to provide more time to U.S. Probation to complete

16  the presentence report in this matter.

17  IT IS SO ORDERED.

18
    Date: _____6/14_____, 2012     _____
19                                  EDWARD J. DAVILA
                                    United States District Court Judge
20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND TOLL TIME